459 A.2d 430

Commonwealth v. Iseley, Appellant.

Superior Court of Pennsylvania.

March 11, 1983.

Reargument Denied May 25, 1983.

Petition for Allowance of Appeal
Denied Sept. 30, 1983.

Argued November 15, 1982. Theodore Q. Thompson, for appellant; Stephen B. Harris, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, McEWEN and WATKINS, JJ.

Judgment of sentence affirmed.